FILED

2018 SEP 26 PM 1:26

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | **INDICTMENT** |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **JUDGE LIOI** |
| | ) | |
| EDGAR OSORIO-RAMIREZ, | ) | CASE NO. 5:18 CR 554 |
| | ) | Title 8, Section 1326, United |
| Defendant. | ) | States Code |

COUNT 1
(Illegal Reentry, in violation of 8 U.S.C. § 1326)

The Grand Jury charges:

1. Defendant EDGAR OSORIO-RAMIREZ is an alien and citizen of Honduras, who was previously removed from the United States on or about February 17, 2009.

2. On or about September 19, 2018, Defendant was found in the United States in the Northern District of Ohio, Eastern Division, and not having previously obtained the express consent of the Attorney General of the United States or his successor, the Secretary for Homeland Security (Title 6, Sections 202 (3), (4) and (557), United States Code) to apply for readmission into the United States, in violation of Title 8, United States Code, Section 1326.

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.