# Property Record Card - Alan Harold, Stark County Auditor

Generated 10/9/2018 11:14:34 AM

## Subject Property

| | |
|---|---|
| Parcel | 231243 |
| Owner | PASTOR MELISSA AKA MELISSA E & RAMIREZ EDGAR NOEL OSORIO |
| Address | 2712 MAHONING RD NE CANTON OH 44705-3330 |
| Mailing Address Line 1 | PASTOR MELISSA E |
| Mailing Address Line 2 | 908 5TH ST NW |
| Mailing Address Line 3 | CANTON OH 44705 |
| Legal Description | 23312,41148 WH EA |
| Last Inspected | 12/08/2017 |
| Property Class | COMMERCIAL |
| DTE Classification | 447 - OFFICE BLDG, 1-2 STORY, WALK-UP |
| Tax District | 00020 CANTON CITY - CANTON CSD |
| School District | 7602 CANTON CSD |
| Township | MCKINLEY TOWNSHIP |
| City | CANTON CITY |
| Neighborhood | 002-02-99-01 |
| Map Routing Number | 02 029 04 1800 |

## Allotments

| Allotment | Lot |
|---|---|
| No Allotment Information Available | |

## Valuation Details

| Year | Appraised Land Value | Assessed Land Value | Appraised Building Value | Assessed Building Value | Appraised Total Value | Assessed Total Value |
|---|---|---|---|---|---|---|
| 2017 | $8,100 | $2,840 | $18,100 | $6,340 | $26,200 | $9,180 |
| 2016 | $8,100 | $2,840 | $31,700 | $11,100 | $39,800 | $13,940 |
| 2015 | $8,100 | $2,840 | $31,700 | $11,100 | $39,800 | $13,940 |
| 2014 | $6,900 | $2,420 | $20,600 | $7,210 | $27,500 | $9,630 |
| 2013 | $6,900 | $2,420 | $20,600 | $7,210 | $27,500 | $9,630 |
| 2012 | $6,900 | $2,420 | $20,600 | $7,210 | $27,500 | $9,630 |
| 2011 | $6,900 | $2,420 | $20,600 | $7,210 | $27,500 | $9,630 |
| 2010 | $6,900 | $2,420 | $20,600 | $7,210 | $27,500 | $9,630 |
| 2009 | $16,300 | $5,710 | $33,000 | $11,550 | $49,300 | $17,260 |
| 2008 | $15,900 | | $41,200 | | $57,100 | $19,990 |

## Land Details

| Description | Acreage | Frontage | Depth | Area (sqft) | Method | Rate | Adj % | Value |
|---|---|---|---|---|---|---|---|---|
| BUILDING SITE | | | | 6,720 | SF | $.60 | 0 | $2,700 |
| RESERVE | | | | 15,328 | SF | $.40 | 0 | $4,100 |

## Sales Details

| Date | Work Order Number | Work Order Year | Number Of Parcels | Arms Length | Sale Price | Taxable Value |
|---|---|---|---|---|---|---|
| 6/19/2017 | 006954 | 2017 | 1 | NO | $0 | $19,990 |
| 2/28/2017 | 002031 | 2017 | 1 | YES | $15,000 | $19,990 |
| 11/30/2007 | 14457 | 2007 | 1 | NO | $14,000 | $19,990 |
| 7/11/2007 | 8479 | 2007 | 1 | NO | $38,000 | $19,990 |
| 12/31/1997 | 15908 | 1997 | 0 | NO | $0 | $12,390 |



DEFENDANT'S EXHIBIT C

### Details for Primary Building 7691161

| | | | | | |
|---|---|---|---|---|---|
| Building Type | 70 - RESIDENTIAL CONVERSION | Construction Type | 2 - BRICK | Full Baths | 1 |
| Year Built | 1916 | Quality Basement Finish | 0 - NONE | Half Baths | 0 |
| Number Of Stories | 1.00 | Percent Complete | 100 | Basement | 1 - FULL |
| Condition | 4 - FAIR | Heat Type | GAS | Number Of Fireplaces | 1 |
| Living Area | 1376 | Central Air | NO | Family Room | NO |
| Quality Grade | 90 | Number Of Bedrooms | 2 | Primary Value | $17,700 |

### Details for Improvement 6601740

| | | | | | |
|---|---|---|---|---|---|
| Building Type | 406 - CONCRETE | Adjustment Percent | 0 | Year Built | 1980 |
| Number Of Stories | NOT AVAILABLE | Value | 700 | Reason | - |
| Frontage | 0.00 | Common Walls | NOT AVAILABLE | Condition | FAIR |
| Depth | NOT AVAILABLE | Construction Type | NOT AVAILABLE | Grade | 90 |
| Area (sqft) | 700 | Height | NONE | Value | 700 |

### Details for Improvement 6601739

| | | | | | |
|---|---|---|---|---|---|
| Building Type | 310 - FENCING - CHAIN | Adjustment Percent | 0 | Year Built | 1980 |
| Number Of Stories | 1 | Value | 0 | Reason | - |
| Frontage | 0.00 | Common Walls | NOT AVAILABLE | Condition | POOR |
| Depth | NOT AVAILABLE | Construction Type | LIGHT/MEDIUM STEEL | Grade | 80 |
| Area (sqft) | 500 | Height | 5 | Value | 0 |





Scale: 5ft.

| | | |
|---|---|---|
| A | 70 | 1360 sqft |
| B | A1FR | 16 sqft |
| C | P1BR | 24 sqft |
| D | L1FR | 12 sqft |
| E | P1FR | 300 sqft |
| F | G1FR | 528 sqft |

231243 Building ID 7691161