# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CASE NO. 5:18CR554 |
| | : | |
| Plaintiff, | : | |
| | : | JUDGE SARA LIOI |
| | : | |
| -vs- | : | MAGISTRATE JUDGE |
| | : | KATHLEEN B. BURKE |
| | : | |
| EDGAR OSORIO-RAMIREZ, | : | **NOTICE OF SUPPLEMENTAL** |
| | : | **AUTHORITY** |
| Defendant. | : | |

Defendant Edgar Ososrio-Ramirez, through undersigned counsel, notifies this Court of supplemental authority issued by the United State District Court for the Northern District of Ohio Eastern Division, U.S. v. Cesar Veloz-Alonso Case No. 1:18CR464.

Respectfully submitted,

STEPHEN C. NEWMAN
Federal Public Defender
Ohio Bar No.: 0051928

*/s/ Carlos Warner*
CARLOS WARNER
Assistant Federal Public Defender
Ohio Bar No.: 0068736
Akron Centre Plaza
50 S. Main St., Suite 700
Akron, OH 44308
Phone: (330) 375-5739 Fax: (330) 375-5738
E-Mail: carlos_warner@fd.org

**CERTIFICATE OF SERVICE**

I hereby certify that on October 11, 2018 a copy of the foregoing Notice of Supplemental Authority was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. Mail. Parties may access this filing through the Court's system.

/*s/ Carlos Warner*
CARLOS WARNER (0068736)
Assistant Federal Public Defender