# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CASE NO. 5:18CR554 |
| Plaintiff, | : | |
| | : | JUDGE SARA LIOI |
| -vs- | : | |
| EDGAR OSORIO-RAMIREZ, | : | **NOTICE OF DISCOVERY FOR DEFENDANT EDGAR OSORIO- RAMIREZ** |
| Defendants. | : | |

Defendant, Edgar Osorio-Ramirez, through counsel, hereby gives notice that on October 12, 2018, he submitted via this electronic filing to James P. Lewis, Assistant U.S. Attorney, his request for discovery and relevant sentencing information pertaining to the within captioned case (See attached Exhibit A).

    Respectfully submitted,

    STEPHEN C. NEWMAN
    Federal Public Defender
    Ohio Bar: 0051928

    */s/ Carlos Warner*
    CARLOS WARNER
    Assistant Federal Public Defender
    Ohio Bar: 0068736
    Akron Centre Plaza
    50 S. Main St., Suite 700
    Akron, OH 44308
    Phone: (330) 375-5739 Fax: (330) 375-5738
    E-Mail: carlos_warner@fd.org

## CERTIFICATE OF SERVICE

I hereby certify that on October 12, 2018, a copy of the foregoing Notice of Discovery Request was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. Mail. Parties may access this filing through the Court's system.

/*s/ Carlos Warner*
CARLOS WARNER (0068736)
Assistant Federal Public Defender