Exhibit and Witness List

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| USA, | ) | |
| | ) | CASE NUMBER: |
| Plaintiff(s) | ) | 5:18CR554 |
| | ) | |
| vs. | ) | JUDGE SARA LIOI |
| | ) | |
| EDGAR OSORIO-RAMIREZ | ) | MAGISTRATE JUDGE |
| | ) | KATHLEEN B. BURKE |
| Defendant(s) | ) | |

# EXHIBIT AND WITNESS LIST

Plaintiff(s) Counsel:
Danielle Angeli

Defendant(s) Counsel:
Carlos Warner

HEARING DATES:

 10/16/2018

| PLTF. NO. | DEFT. NO. | DATE OFFERED | OBJ. | ADMIT | DENY | DESCRIPTION | | |
|---|---|---|---|---|---|---|---|---|
|  | A | 10/16/2018 |  | x |  | IRS Documents | | |
|  | B | 10/16/2018 |  | x |  | City of Canton Income Tax Documents | | |
|  | C | 10/16/2018 |  | x |  | Chase Account Info | | |
|  |  | 10/16/2018 |  |  |  | Witness - Pretrial Officer Patrick LaVecchia | | |
|  |  | 10/16/2018 |  |  |  | Witness - Melissa Pastor | | |

PAGE 2 OF _2__ PAGES