# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 5:18CR554 |
| | ) | |
| PLAINTIFF, | ) | MAGISTRATE JUDGE |
| | ) | KATHLEEN B. BURKE |
| vs. | ) | |
| | ) | |
| EDGAR OSORIO-RAMIREZ, | ) | ORDER |
| | ) | |
| DEFENDANT. | ) | |

Defendant Edgar Osorio-Ramirez ("Defendant") is charged in this case with one (1) count of illegal reentry in violation of 8 U.S.C. § 1326. The Government made an oral Motion for Detention at the time of Defendant's Initial Appearance and Arraignment on October 3, 2018, and a detention hearing was set for October 11, 2018, after both counsel requested a continuance under 18 U.S.C. § 3142(f)(2) totaling 5 days. On October 9, 2018, Defendant filed a Motion for Bond. Doc. 6. The detention hearing commenced on October 11, 2018, and, at the request of both counsel, was continued until October 16, 2018, in order to permit the Office of Pretrial Services to complete its investigation. On October 12, 2018, Defendant filed a Motion to Dismiss Detention Hearing. Doc. 11.

Having considered the evidence and arguments, Defendant's Motion to Dismiss Detention Hearing (Doc. 11) is DENIED. The Government's Motion for

Detention is DENIED because the Government failed to meet its burden to prove that no condition or combination of conditions can be set that will reasonably assure the appearance of the Defendant and the safety of the community. Defendant is ordered released on a $30,000 bond secured by a lien on the home owned by Defendant and his girlfriend. Standard and special conditions apply. Special conditions include home incarceration with electronic monitoring as ordered by the Office of Pretrial Services and Defendant is prohibited from driving while on bond. Defendant's Motion for Bond (Doc. 6) is DENIED as moot. The Government's oral Motion for Stay pending appeal to U.S. District Judge Sara Lioi is GRANTED.

**IT IS SO ORDERED**.

Dated: October 16, 2018

**KATHLEEN B. BURKE**
**U.S. MAGISTRATE JUDGE**